## POHLMAN v. FAIN.

COBB, P. J.  This case is controlled by the ruling this day made in *Donalson*
v. *Fain*, ante.

*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 18, 1906.—Decided February 16, 1907.

Exceptions to auditor's report.  Before Judge Harrell.  Decatur superior court.  January 6, 1906.

*Donalson & Donalson,* and *Powell & Pottle,* for plaintiff.

*B. B. Bower,* and *Albert H. Russell,* for defendant.